31 A.3d 288

**COMMONWEALTH of Pennsylvania, Petitioner**

**v.**

**Shawn COAXUM, Respondent.**

Supreme Court of Pennsylvania.

Nov. 2, 2011.

***ORDER***

PER CURIAM.

**AND NOW,** this 2nd day of November 2011, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as phrased by petitioner, is:

Did the Superior Court err by holding that the evidence was insufficient to sustain [petitioner]'s gun possession convictions where she ordered her accomplice to shoot the victim?